The wife, through able counsel, on rehearing contends that this court incorrectly stated the wife's income to be approximately $12,000. The wife is correct in her contention.
The pertinent facts regarding the wife's income and earning ability are as follows: The wife is a college graduate working as a junior high school counselor earning $27 per day. During the course of the trial she signed a tentative contract which, upon completion of her certification, would provide her a salary of $12,500 per year. We also note she is living rent free at her mother's house; that she had accumulated considerable savings in her separate estate; and that she will receive one-half of the proceeds of the sale of the household goods.
For the above stated reasons this case is due to be and is affirmed.
OPINION EXTENDED. APPLICATION FOR REHEARING OVERRULED.
WRIGHT, P.J., and BRADLEY, J., concur.